# United States District Court
# District of Massachusetts

| | |
|---|---|
| WILL QUARTERMAN and<br>STATE STREET ENTERTAINMENT,<br>             PLAINTIFFS<br><br>     v.<br><br>CITY OF SPRINGFIELD and<br>PETER SYGNATOR,<br>             DEFENDANTS | CIVIL ACTION NO. 07-30185 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to the Federal Rules of Civil Procedure Rule 56 and Local Rules of the United Sates District Court for the District of Massachusetts, Local Rule 56.1 the Defendants City of Springfield and Peter Sygnator hereby move for summary judgment on all counts in their favor.  As grounds the defendants contend there is no genuine issue of material facts of this case and as a matter of law defendants are entitled to summary judgment.  Accompanying this motion is 1) A Concise Statement of Material Facts of Record; and 2) Memorandum of Law in Support Defendants' Motion for Summary Judgment.

62422

WHEREFORE the defendants move this court for summary judgment in their favor on all counts.

**THE DEFENDANT
CITY OF SPRINGFIELD,**

/s/ 

By, _____
John T. Liebel, Esq., BBO#299660
Chief of Litigation
City of Springfield Law Department
36 Court Street, Room 210
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

**THE DEFENDANT
PETER SYGNATOR,**

/s/ 

By, _____
Michael E. Mulcahy, Esq.,
BBO # 561824
City of Springfield Law Dept.
36 Court Street, Room 210
Springfield, MA 01103
(413)787-6085
Fax: (413) 787-6173

### CERTIFICATE OF SERVICE

To: Harold Resnic, Esq.
Law Offices of Harold I. Resnic
95 State Street,
Springfield, MA  01103

I, Michael E. Mulcahy, Esq., hereby certify that I caused the within document to be filed within the time ordered by this court and further that I caused it to be served on all parties by delivering a copy to the above named on or before February 20, 2009.

/s/ 
_____
Michael E. Mulcahy