```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

WILL QUARTERMAN, ET AL.,         )
         Plaintiffs              )
                                 )
         v.                      ) C.A. 07-cv-30185-MAP
                                 )
CITY OF SPRINGFIELD, ET AL,      )
         Defendants              )
```

ORDER OF ENTRY OF JUDGMENT
PURSUANT TO FED. R. CIV. P. 52(C)

June 16, 2010

**PONSOR, D.J.**

For the reasons set forth orally in open court on June 15, 2010, the court hereby orders entry of judgment in favor of Defendants and against Plaintiffs on all counts remaining following the court's September 28, 2009 ruling on Defendants' Motion for Summary Judgment. Plaintiffs have failed to show, by a preponderance of the evidence, that any element of racial discrimination -- based either upon the race of the Plaintiff Quarterman, or upon the race of his proposed clientele -- played a part in the decision of Defendants to deny Plaintiffs' application to transfer their liquor license. Similarly, Defendants' action in denying the transfer application in no way constituted an act of retaliation arising from Plaintiff's filing a discrimination complaint against Defendants with the Massachusetts Commission Against Discrimination. These findings and rulings dispose of all

remaining claims of Plaintiffs.  The clerk is ordered to enter judgment for Defendants.  This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge