# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILL QUARTERMAN, ET AL.,<br>    Plaintiff(s)<br><br>    v.<br><br>CITY OF SPRINGFIELD, ET AL.,<br>    Defendant(s) | CIVIL ACTION NO. 3:07-30185-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants City of Springfield, et al., against the plaintiff Will Quarterman, et al., pursuant to the court's order entered this date, ordering the entry of judgment in favor of defendant's.

                                                    **SARAH A. THORNTON**,
                                                    CLERK OF COURT

Dated: June 16, 2010                By /s/ Maurice G. Lindsay
                                                    Maurice G. Lindsay
                                                    Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                [jgm.]